# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                            Chapter 13

                            Bankruptcy No. 14-14148-ELF

GERALD P. KANE
MARYELLEN M. KANE
3519 GLOUCESTER AVENUE

PHILADELPHIA, PA 19114

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    GERALD P. KANE
    MARYELLEN M. KANE
    3519 GLOUCESTER AVENUE

    PHILADELPHIA, PA 19114


Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

                                                  /S/ William C. Miller

Date: 2/17/2017
                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee