United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 14-14148-elf
Gerald P. Kane                                                  Chapter 13
Maryellen M. Kane
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia              Page 1 of 2             Date Rcvd: Mar 22, 2017
                              Form ID: pdf900             Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2017.
```
db/jdb         +Gerald P. Kane,    Maryellen M. Kane,    3519 Gloucester Avenue,    Philadelphia, PA 19114-1906
13313738       +Aes/Keystone Rewards,    1200 N 7th St,    Harrisburg, PA 17102-1419
13313739       +American Honda Finance,    13856 Ballantyne Corpora,    Charlotte, NC 28277-2711
13313740       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
13313744       +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13313745       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13313746        City of Philadelphia,    Department of Revenue,    PO Box 41496,    Philadelphia, PA 19101-1496
13313751       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13313755       +PGW,   1401 JFK Blvd.,    Philadelphia, PA 19102-1617
13345296       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13313756       +United Rev,    Po Box 1184,    Langhorne, PA 19047-6184
13313757       +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 23 2017 01:38:59    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2017 01:38:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 23 2017 01:38:50    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13313741       +E-mail/Text: banko@berkscredit.com Mar 23 2017 01:38:23    Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
13313742       +E-mail/Text: ebn@squaretwofinancial.com Mar 23 2017 01:38:49    Cach, Llc,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3485
13313747       +E-mail/Text: equiles@philapark.org Mar 23 2017 01:39:10    City of Philadelphia,
                 Parking Violations Branch,    P.O. Box 41818,    Philadelphia, PA 19101-1818
13313748       +E-mail/Text: bknotice@erccollections.com Mar 23 2017 01:38:40    Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13313749        E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2017 01:33:40    Green Tree Servicing L,
                 332 Minnesota St Ste 610,    Saint Paul, MN 55101
13440574        E-mail/Text: bankruptcy.bnc@ditech.com Mar 23 2017 01:38:24    Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
13313750       +E-mail/Text: bankruptcy@icsystem.com Mar 23 2017 01:39:04    I C System Inc,   Po Box 64378,
                 Saint Paul, MN 55164-0378
13322189        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 23 2017 01:38:47    Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13313752       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 23 2017 01:38:37    Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13313753       +E-mail/Text: mmrgbk@miramedrg.com Mar 23 2017 01:38:40    Miramedrg,   991 Oak Creek Dr,
                 Lombard, IL 60148-6408
13313754       +E-mail/Text: bankruptcygroup@peco-energy.com Mar 23 2017 01:38:24    PECO,
                 2301 Market Street,    Philadelphia, PA 19103-1380
                                                                                              TOTAL: 14
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13313743     ##+Capital Accounts,   1642 Westgate Cir Ste 20,    Brentwood, TN 37027-8195
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: Virginia              Page 2 of 2                   Date Rcvd: Mar 22, 2017
                               Form ID: pdf900             Total Noticed: 26
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2017 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Joint Debtor Maryellen M. Kane dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Debtor Gerald P. Kane dmo160west@gmail.com,   davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GERALD P. KANE  
MARYELLEN M. KANE

Chapter 13

Debtor

Bankruptcy No. 14-14148-ELF

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: March 22, 2017**     _____

Eric L. Frank  
ChiefBankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
DAVID OFFEN ESQUIRE  
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:  
GERALD P. KANE  
MARYELLEN M. KANE  
3519 GLOUCESTER AVENUE

PHILADELPHIA, PA 19114